**Order filed July 26, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00349-CV
_____

**WALTER M. JARRELL JR., DDS, INDIVIDUALLY AND WALTER M. JARRELL, JR., DDS, INC., A TEXAS CORPORATION, Appellants**

**V.**

**TIFFANY BERGDORF, INDIVIDUALLY, LYNN HALTERMAN, INDIVIDUALLY, RANDALL RAIMOND, INDIVIDUALLY, ALLEN THORNBERG, INDIVIDUALLY AND AFTCO, INC., A TEXAS CORPORATION, Appellees**

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2014-43505**

## O R D E R

Appellant's brief was due July 9, 2018**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 10, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM